# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**PEDRO ALTATENCO-LUNA**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-46M**

I, **PEDRO ALTATENCO-LUNA**, charged in a complaint pending in this District with, **KNOWINGLY POSSESS FALSE IDENTIFICATION DOCUMENTS; KNOWINGLY POSSESS FALSE IDENTIFICATION DOCUMENTS WITH THE INTENT TO DEFRAUD THE UNITED STATES AND POSSESSION OF A DOCUMENT MAKING IMPLEMENT USED IN THE PRODUCTION OF FALSE IDENTIFICATION DOCUMENTS** in violation of Title **18**, U.S.C., **1546(a); AND 1028(a)(4) & 1028(b); AND 1028(a)(5) AND 1028(b)** and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

February 28, 2008

_____
Defendant

*Eleni Kousouli*
_____
Counsel for Defendant